**E-FILED**
**Thursday, 20 March, 2008 02:47:19 PM**
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**RENATTA FRAZIER, RICKEY B. DAVIS,**
**RALPH L. HARRIS, DONALD F. EWING,**
**MELODY E. HOLMAN, LEA L. JOY,**
**CLEO MOORE, LARRY STELIVAN,**
**and ROBERT WILLIAMS**
     **Plaintiffs**

  vs.             Case Number: **03-3007**

**JOHN W. HARRIS, CITY OF SPRINGFIELD, IL,**
**KAREN HASARA, WILLIAM PITTMAN,**
**MARY L. VASCONCELLES, MARK HARMS,**
**and WILLIAM G. WORKMAN**
     **Defendants**

**COPLEY PRESS, INC.**
     **Intervenor**

 **XXX** **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XXX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott on 6/10/2003: Defendant's Motion to Dismiss the Complaint is allowed in part and defendant Karen Hasara is dismissed.   Plaintiffs Larry Stelivan and Robert Williams do not state a claim and are dismissed as parties from this case.

  Pursuant to an order entered by the Honorable Jeanne E. Scott on 3/24/2004:  defendant's Motion to Sever is allowed.  Plaintiff Renatta Frazier's claim is severed and new case 04-3071 is established.  All proceedings with respect to Plaintiff Frazier's claims will be conducted in this case.

  Pursuant to an order entered by the Honorable Jeanne E. Scott on 5/6/2004:  defendant William

AO 450 (Rev. 5/85) Judgment in a Civil Case

**Workman's Motion to be Formally Dismissed as a Party is allowed.**

**Pursuant to an order entered by the Honorable Jeanne E. Scott on 7/29/2004: defendants William Pittman, Mary Vasconcelles and Mark Harms Motion to be Formally Dismissed as a Party to Case allowed.**

**Pursuant to an order entered by the Honorable Jeanne E. Scott on 3/28/2006: intervenor Copley Press is dismissed.**

**Pursuant to an order entered by the Honorable Jeanne E. Scott on 11/14/2006: Defendant's Motion for Summary Judgment granted. Plaintiffs Ralph Harris, Donald Ewing, Melody Holman and Cleo Moore are dismissed as parties.**

**Pursuant to the verdict returned on 1/11/2008:  Judgment is entered in favor of The City of Springfield, IL, and against Lea Joy on the retaliation claim and the work environment claim.**

**Pursuant to the verdict returned on 1/11/2008: Judgment is entered in favor of Rickey Davis and against the City of Springfield, IL, on the retaliation claim. Compensatory damages given in the amount of $150,000.00.**

**Pursuant to an Opinion entered by the Honorable Jeanne E. Scott on 3/20/2008 Amended Judgment is entered as follows: Plaintiff Rickey Davis' Motion for Attorney Fees and Costs is ALLOWED in part, and Defendants' Motion for an Award of Costs or Apportionment of Costs is ALLOWED in part. The Court awards fees, expenses and costs in favor of Davis and his Attorneys Hart and Hart, Rhode and Jackson, and Zoe Newton in the total sum of $351,199.70, to be divided as follows: A. The Hart and Hart firm is awarded a total of $144,621.57, consisting of attorney fees of $126,448.88, expenses recoverable as attorney fees of $2,282.54, and taxable costs of $15,890.15; and B. The Rhode and Jackson firm, and attorney Newton, are awarded a total of $206,578.13, consisting of attorney fees of $143,790.38, expenses recoverable as attorney fees of $4,098.00, and taxable costs of $58,689.75. Defendant City of Springfield's request for costs is allowed to the extent of $5,439.80. That amount is taxable as costs against Ralph Harris, Cleo Moore, Melody Holman, Donald Ewing, and Lea Joy. The Clerk is directed to file an amended judgment to reflect the award of costs and attorney fees.**

ENTER this 20th  day of March, 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK


s/ C. Cathcart

_____
BY:  DEPUTY CLERK